FILED
03 JAN 21 PM 2:23
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ROLAND H. BICKLEY, on behalf of Georgia Pacific Corporation Life Health and Accident Plan and all other similarly situated Plans,<br><br>Plaintiff,<br><br>vs.<br><br>CAREMARK RX, INC., and CAREMARK, INC.<br><br>Defendants. | Case No. RRA-02-2197-S |

## PLAINTIFF'S PRELIMINARY MOTION FOR CLASS CERTIFICATION

**NOW INTO COURT**, through undersigned counsel, comes Plaintiff, Roland H. Bickley, on behalf of the Georgia Pacific Corporation Life Health and Accident, who respectfully moves for an Order certifying this suit as a class action, pursuant to Rule 23 of the Federal Rules of Civil Procedure, for the reasons that follow:[1]

I.

Pursuant to Rules 23(b)(2) and 23(b)(3) of the Federal Rules of Civil Procedure, Plaintiff respectfully moves for certification of the following class: "All self-funded 'welfare benefit plans' as defined by the Employees Retirement Income Security Act of 1974 ('ERISA') for which

---

[1] Plaintiffs understand that, in the event that Defendants object to class certification, Defendants may desire to conduct discovery prior to the Court's hearing and ruling on same. In addition, depending on the defenses that might be raised in opposition to Plaintiff's Motion, Plaintiff may wish to conduct discovery prior to the Class Certification Hearing. Nevertheless, Plaintiff believes that, by filing this Preliminary Motion for Class Certification, it will be of assistance to Defendants and to the Court.

CAREMARK RX, INC., and/or one of its predecessors-in-interest and/or subsidiaries, performed pharmacy benefits management ('PBM') services, at any time, from 1995, the seven years prior to the date that suit was filed, March 22, 2002 through the date of certification." For purposes of Plaintiff's instant motion, he may refer to CAREMARK RX and CAREMARK, INC., (a wholly owned subsidiary of CAREMARK, RX, INC.) collectively as CAREMARK.

II.

The number of these plans is unknown at present but reasonably believed to exceed 500; the joinder of this number of parties as plaintiffs in one proceeding would be impracticable.

III.

There exist questions of law and fact which are common to all members of the class, including, but not limited to:

- A. Is CAREMARK an ERISA fiduciary?
    - A.i. Does CAREMARK exercise any authority or control over plan assets, with respect to the self-funded welfare benefit plans for which it serves as the plan's PBM?
    - A.ii. Does CAREMARK exercise discretionary authority over the management or administration of the self-funded welfare benefit plans for which it serves as the pharmacy benefits manager?
- B. Did CAREMARK, after agreeing to act as a plan fiduciary, negotiate with drug manufacturers and/or pharmacies to achieve a "differential" or "spread" in prices and/or administrative fees, for its own profit, rather than for the benefit of the plan?
- C. Did CAREMARK, after agreeing to act as a plan fiduciary, negotiate and accept manufacturers' rebates and/or other rebates or payments, from third parties, for its own profit, rather than for the benefit of the plan?
- D. Did CAREMARK "switch" plan participants and beneficiaries to prescription drugs manufactured by pharmacy manufacturers, or to have prescriptions

filled by pharmacies, with whom it has favorable contractual relationships with rather than making those choices for the benefit of the plans and plan members.

IV.

The claims of the Georgia Pacific Prescription Drug Plan are typical of the claims of the class.

V.

Roland H. Bickley, on behalf of Georgia Pacific Prescription Drug Plan, will fairly and adequately advance and protect the interests of the class; Plaintiff is committed to the vigorous prosecution of this action, and has retained competent counsel, who are experienced in complex litigation.

VI.

The class may be defined objectively in terms of ascertainable criteria, such that the court may determine the constituency of the class for the purposes of the conclusiveness of any judgment that may be rendered; it is believed and alleged, in fact, that the Defendants have, within their possession or control, a list of each and every class member.

VII.

The defendants have acted and/or refused to act on grounds generally consistent regarding all members of the proposed Rule 23(b)(2) class, thereby making final injunctive relief an effective remedy with respect to the classes as a whole.

VIII.

The common questions of law and fact predominate over any questions which might affect

individual class members, and the class action is a superior method of adjudicating the controversy.

IX.

The arguments and authorities further supporting Plaintiff's Motion are more fully contained within Plaintiff's Memorandum in Support of Class Certification, which is incorporated by reference herein.

**WHEREFORE, PREMISES CONSIDERED**, the Plaintiff, Roland H. Bickley, on behalf of Georgia Pacific Corporation Life Health and Accident respectfully moves this Honorable Court for an Order certifying this suit as a class action, pursuant to Rule 23 of the Federal Rules of Civil Procedure.

Raymond L. Johnson, Jr. (JOH100)
THOMAS MEANS GILLIS & SEAY, PC
505 20th Street N.
Financial Center, Suite 1035
Birmingham, Alabama 35237
Telephone: (205) 328-7915
Fax No. (205) 214-6160

OF COUNSEL:
Stephen J. Herman, Esq.
HERMAN MATHIS CASEY KITCHENS & GEREL
820 O'Keef Avenue
New Orleans, LA 70113

Peggy J. Reali, Esq.
FINKELSTEIN & KRINSK
501 W. Broadway - Suite 1205
San Diego, California 92101

David A. McKay, Esq.
HERMAN MATHIS CASEY KITCHENS & GEREL
230 Peachtree Street NW, Suite 2260
Atlanta, GA 30303

John Day, Esq.
BRANHAM & DAY, P.C.
5300 Maryland Way, Suite 300
Brentwood, TN 37027

**ADDITIONAL PLAINTIFFS' COUNSEL:**
Mary E. Alexander, Esq.
Richard L. Akel, Esq.
MARY ALEXANDER & ASSOCIATES. P. C.
44 Montgomery Street, Suite 1303
San Francisco, CA 94104

Ronald S. Goldser, Esq.
Timothy J. Becker, Esq.
ZIMMERMAN REED, P. L.L.P.
651 Nicollet Mall, Suite 501
Minneapolis, MN 55402

Sol Weiss, Esq.
Bernard Smalley, Esq.
Dan Siegel, Esq.
ANAPOL, SCHWARTZ, WEISS, COHAN, FELDMAN & SMALLEY, P.C.
1900 Delancey Place
Philadelphia, PA 19103-6690

Jack Baldwin, Esq.
Melissa Smith, Esq.
BALDWIN & BALDWIN, L.L.P.
400 West Houston
Marshall, TX 75670

David Kimberley, Esq.
CUSIMANO, KEENER, ROBERTS & KIMBERLEY, P.C.
153 South Ninth Street
Gadsden, AL 35901-3645

Michael Ferrara, Esq.
Niki Trunk, Esq.
FERRARA, ROSSETTI & DEVOTO
State Highway38 at
Longwood Avenue, Suite 601
Cherry Hill, NJ 08002-2848

Bruce Rasmussen, Esq.
Gary Kendall, Esq.
Gregory Webb, Esq.
MICHIE HAMLETT LOWRY RASMUSSEN & TWEEL
500 Court Square, Suite 300
Charlottesville, VA 22902-0298

Ken Merlino, Esq.
POWER ROGERS & SMITH
70 W. Madison Street, Suite 5500
Chicago, IL 60602

Mike Miller, Esq.
Stacey Tjon, Esq.
SOLBERG, STEWART, MILLER JOHNSON & TJON
1129-5th Avenue South
P.O. Box 1897
Fargo, ND 58107-1897

Peter Wasylyk, Esq.
LAW OFFICES OF PETER WASYLYK
1307 Chalkstone Avenue
Providence, RI 02908

Tyrone Means, Esq.
H. Lewis Gillis, Esq.
THOMAS MEANS GILLIS & SEAY, PC
3121 Zelda Court
POB 5058
Montgomery, AL 36103-5058

Robert Bonsignore, Esq.
BONSIGNORE & BREWER
23 Forest Street
Medford, MA 02155-3820

David Kimberley, Esq.
CUSIMANO KEENER ROBERTS & KIMBERLEY PC
153 South Ninth Street
Gadsden, AL 35901-3645

Paul R. Thomson, Esq.
MICHIE HAMLETT LOWRY RASMUSSEN & TWELL
120 Day Avenue, S.W.
Roanoke, VA 24016

## **CERTIFICATE OF SERVICE**

      I hereby certify that I have served a copy of the foregoing *Plaintiff's Preliminary Motion for Class Certification* to the following counsel of record by placing a true and correct copy in the United States Mail, first class postage prepaid and properly addressed on this the 21 day of January, 2003.

_____
OF COUNSEL

```
```

Peggy Reali, Esq.
FINKELSTEIN & KRINSK
501 W. Broadway, Suite 1250
San Diego, CA 92101

W. Michael Atchison, Esq.
Anthony C. Harlow, Esq.
STARNES & ATCHISON, L.L.P.
P. O. Box 598512
Birmingham, AL 35259-8512

David McKay, Esq.
Herman, Mathis, Casey, Kitchens
& Gerel
230 Peachtree Street NW
Suite 2260
Atlanta, GA 30303

Steve Herman, Esq.
Herman, Mathis, Casey, Kitchens
& Gerel
820 O'Keefe Avenue
New Orleans, LA 70113