IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ROLAND H. BICKLEY, et al., | ] |
| Plaintiff, | ] |
| v. | ] CASE NO.: CV-02-HS-2197-S |
| CAREMARK Rx, INC., et al., | ] |
| Defendant. | ] |

**ENTERED**
**SEP 2 3 2004**

## ORDER

Currently pending before the Court is the Request for Status Conference (doc. 104). The Court treats this document as a Motion for Status Conference. Upon due consideration, the Motion is hereby **GRANTED**. A status conference on this matter is hereby **SET**, before the undersigned, for **October 14, 2004, at 9:00 a.m.** A court reporter will be present.

The Court has before it the following pending motions:

Defendant Caremark, Inc.'s Motion to Dismiss First Amended Complaint (doc. 49)
Defendant Caremark Rx, Inc.'s Motion to Dismiss First Amended Complaint (doc. 50)
Plaintiff's Motion to Certify Class Action (doc. 75)

Oral argument on these motions will be had at an **IN COURT HEARING** on November 17, 2004, at 10:00 a.m. Defendant shall file his response to Plaintiff's Motion to Certify Class Action by November 1, 2004.

**DONE** and **ORDERED** this 23 day of September, 2004.

VIRGINIA EMERSON HOPKINS
UNITED STATES DISTRICT JUDGE

