IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

FILED
04 OCT -7 PM 2:32
U.S. DISTRICT COURT
N.D. OF ALABAMA

| | |
|---|---|
| ROLAND H. BICKLEY on behalf of GEORGIA PACIFIC CORPORATION LIFE HEALTH AND ACCIDENT PLAN, and all other similarly situated plans,<br><br>Plaintiff,<br><br>v.<br><br>CAREMARK RX, INC.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) CV-02-HS-2197-S<br>)<br>)<br>)<br>) |

## JOINT MOTION TO POSTPONE HEARING ON PLAINTIFF'S PRELIMINARY MOTION FOR CLASS CERTIFICATION

COME NOW Plaintiff Roland Bickley and Defendants Caremark Inc. and Caremark Rx, Inc., (collectively, "Caremark" or "Defendants"), by and through their respective counsel, and jointly move this Court to postpone a hearing on Plaintiffs' Preliminary Motion for Class Certification currently set at 10:00 a.m. on November 17, 2004. As grounds, the parties state the following:

1. By Order dated September 23, 2004, this Court set a hearing on Plaintiffs' Preliminary Motion to Certify Class Action to take place at the same time as the hearing on Defendants' Motions to Dismiss the First Amended Complaint – November 17, 2004, at 10:00 a.m.

2. The parties respectfully submit that a hearing on the preliminary class action certification motion is premature in light of Defendants' pending Motions to



{B0430318}    1

Dismiss, the prior stay order entered by the court, and the lack of an opportunity to conduct any necessary class certification discovery.

3. Currently pending before the court are Defendants' Motions to Dismiss, which are set for hearing on November 17. Defendants' Motions seek the full and complete dismissal of Plaintiff's Complaint.

4. On February 6, 2003, immediately after Plaintiff filed his Preliminary Motion for Class Certification (noting therein that the parties would need discovery with respect to the motion), Magistrate Judge Robert Armstrong entered an Order staying all further proceedings in this case pending a ruling on the dismissal motions. (See Document No. 78, attached as Exhibit 1). The stay Order has not been lifted with the exception of limited pleadings and briefing related to Defendants' claim that Plaintiff is required to exhaust administrative remedies (one of the grounds in the pending Motions to Dismiss).

5. In accordance with the stay Order, the parties have not engaged in any discovery, either class or merits, and therefore the class certification issues cannot be fully briefed at this time. The parties jointly submit that limited class discovery is appropriate and necessary before briefing can be fully completed, and a hearing held, on the class certification issues.

6. This Court's standing Order establishing pre-trial procedures provides a method for approaching complex cases and discovery and, in the event Defendants' Motions to Dismiss are denied, the parties request the opportunity to develop and provide

a discovery plan to the Court which would include appropriate discovery related to the Plaintiffs' Motion for Preliminary Class Certification.

WHEREFORE, Plaintiff Roland Bickley and Defendants Caremark Inc. and Caremark Rx, Inc. jointly request that this Court postpone the hearing on Plaintiffs' Preliminary Motion for Class Certification currently set at 10:00 a.m. on November 17, 2004.

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| ROLAND BICKLEY | CAREMARK Rx, INC. and CAREMARK INC. |
| By: _____<br>One of His Attorneys | By: _____<br>One of Their Attorneys |
| John A. Day, Esq.<br>BRANHAM & DAY, P.C.<br>5300 Maryland Way, Suite 300<br>Brentwood, TN 37027<br>(615) 742-4880<br>(615) 742-4881 | W. Michael Atchison<br>Anthony C. Harlow<br>STARNES & ATCHISON LLP<br>Seventh Floor, Brookwood Place<br>P.O. Box 598512<br>Birmingham, Alabama 35259-8512<br>(205) 868-6000 |
| Stephen J. Herman, Esq.<br>HERMAN, MATHIS, CASEY,<br>KITCHENS & GEREL<br>820 O'Keefe Avenue<br>New Orleans, LA 70113<br>(504) 581-4892<br>(504) 561-6024 | Frank E. Pasquesi<br>Robert H. Griffith<br>UNGARETTI & HARRIS LLP<br>3500 Three First National Plaza<br>Chicago, Illinois 60602<br>(312) 977-4400<br>(312) 977-4405 (Fax) |
| David A. McKay, Esq.<br>HERMAN, MATHIS, CASEY,<br>KITCHENS & GEREL<br>230 Peachtree Street, NW, Suite 2260<br>Atlanta, GA 30303<br>(404) 880-9500<br>(404) 880-9605 | |

## CERTIFICATE OF SERVICE

I do hereby certify that I have caused a copy of the foregoing to be served as indicated to counsel in this action on this the 7th day of October, 2004.

✓   First Class U.S. Mail
___ Overnight Mail
___ Facsimile Transmission
___ Hand Delivery

OF COUNSEL

John A. Day, Esq.
Branham & Day, P.C.
5300 Maryland Way, Suite 300
Brentwood, TN 37027
(615) 742-4880
(615) 742-4881

Stephen J. Herman, Esq.
Herman, Mathis, Casey, Kitchens & Gerel
820 O'Keefe Avenue
New Orleans, LA 70113
(504) 581-4892
(504) 561-6024

David A. McKay, Esq.
Herman, Mathis, Casey, Kitchens & Gerel
230 Peachtree Street, NW, Suite 2260
Atlanta, GA 30303
(404) 880-9500
(404) 880-9605

{B0430318}

4

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| ROLAND H. BICKLEY, on behalf of Georgia Pacific Corporation Life Health and Accident Plan, et al, <br><br> Plaintiff, <br><br> vs. <br><br> CAREMARK RX, INC., and CAREMARK, INC., <br><br> Defendants. | CIVIL ACTION NO. 02-RRA-2197-S <br><br> **ENTERED** <br> **FEB - 6 2003** |

## ORDER

Pending before the court are the defendants' motions to dismiss the complaint and the amended complaint, and the plaintiff's motion to extend the briefing schedule in order to allow discovery on the motions to dismiss. Until these motions are ruled upon, all proceedings in this case are stayed.

DONE this 6th day of February, 2003.

Robert R. Armstrong, Jr.
United States Magistrate Judge

78